USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/24/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **FEDERAL NATIONAL MORTGAGE ASSOCIATION,**<br><br>        **Plaintiff,**<br><br>  -against-<br><br>**FORDHAM FULTON REALTY, CORP. ET AL,**<br><br>        **Defendants.** | **1:25-cv-07877 (ALC)**<br><br>**<u>ORDER TO RESPOND</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

  On November 17, 2025, Plaintiff filed a letter motion requesting a pre-motion conference regarding tis anticipate motion for the appointment of a receiver. ECF No. 17.

  Defendants are hereby ordered to respond to the letter motion indicating their position by November 28, 2025.

**SO ORDERED.**

Dated:  November 24, 2025
     New York, New York

                   _____
                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**